# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Lisa J Goodale, et al.

                    Plaintiff,

v.                                    Case No.: 1:10−cv−05733
                                            Honorable William J. Hibbler

George S. May International Company, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 16, 2011:

      MINUTE entry before Honorable William J. Hibbler: Defendant George S. May International Company's Motion to extend time until 3/4/201 to file reply in support of its motion to dismiss or in the alternative compel individual arbitration and stay proceedings [24] [30] is granted. Ruling on the motion by mail. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.